McGREGOR W. SCOTT
United States Attorney
MICHAEL D. ANDERSON
SHELLEY D. WEGER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

MAY 14 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JOSEPH JOHN DEASER, IV,

                Defendant.

CASE NO. 2:19-CR-0082-TLN

18 U.S.C. § 1341 – Mail Fraud (2 Counts); 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft (1 Count); 18 U.S.C. §§ 922(m) and 924(a)(3)(B) – Making a False Entry in Records by Federal Firearms Dealer (6 Counts); 18 U.S.C. §§ 922(b)(2) and 924(a)(1)(D) – Illegal Sale by Federally Licensed Dealer in Violation of State Law (1 Count); and 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

## INFORMATION

At all times relevant to this Information:

1. Defendant JOSEPH JOHN DEASER, IV, was a person living in Roseville, California.

2. Person 1 was a California Peace Officer.

3. Person 2 was a California Peace Officer.

4. Person 3 was a California Peace Officer.

5. Person 4 was a California Peace Officer.

6. Person 5 was a California Peace Officer.

7. Person 6 was a California Peace Officer.

8. Persons 7, 8, and 9, were members of the public, and were not sworn peace officers.

9. The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is an agency of the

United States Government tasked with the responsibility of supervising, controlling, and licensing the sale of firearms.

10. A Federal Firearms Licensee (FFL) is an individual or entity, who after submitting an application and undergoing investigation by ATF, is then granted a license to sell certain firearms and other controlled items. Federal firearms laws require anyone who is a firearms dealer to obtain a federal firearms license.

11. Defendant Joseph John DEASER, IV held, in relevant part, the following Federal Firearm Licenses that were operated at 2001 Opportunity Drive in Roseville California:

   a. Capital Gun Club Family Shooting Centers LLC (FFL number ending in 4769), which did business as Capital Gun Club and has been active from on or about February 27, 2017 through at least April 2018;

   b. Anarchy Armory (FFL number ending in 3632), which did business as Anarchy Armory and has been active from on or about July 25, 2013 to the present;

   c. Anarchy International LLC (FFL number ending in 3309), which did business as Capital Gun Club and was active from on or about January 10, 2013 to approximately April 12, 2017;

   d. Anarchy International LLC (FFL number ending in 3310), which did business as Capital Gun Club and was active from on or about January 10, 2013 to approximately April 28, 2017; and

   e. Anarchy Amory LLC (FFL number ending in 0218), which did business as Anarchy Armory and was active from on or about July 25, 2013 to approximately February 15, 2017.

12. FFLs are required to ensure that a Firearm's Transaction Record, ATF Form 4473, is properly completed for each firearm transaction involving an unlicensed individual. Under California law, a private person who sells a firearm via a "private party" transaction must use an FFL to transfer the firearm. A firearm purchaser is required to personally complete certain sections of the ATF Form 4473 wherein the purchaser is required to disclose personally identifying information and answer a series of questions. The actual purchaser is required to sign the ATF Form 4473, certifying that the information

the purchaser provided is true and correct, and that the individual signing the form is the actual buyer of the firearm and is not acquiring the firearm on behalf of another person. The FFL must retain the original completed ATF Form 4473 as part of its federal recordkeeping requirements.

13. An FFL is also required to maintain separate records in bound form, recording certain specified information about the acquisition and disposition of each firearm pursuant to 18 U.S.C. § 923(g) and 27 C.F.R. § 478.125.

14. Pursuant to California State law, certain firearms known as "non-roster" firearms are not on the approved list of firearms, and may not be offered for sale to the public as a new firearm by FFLs in California, but may only be purchased new by sworn law enforcement officers. Such firearms may later be lawfully sold by a law enforcement officer to the public in a "private party" transaction conducted through an FFL, subject to certain restrictions.

15. In addition to the ATF Form 4473, California law requires FFLs to complete a Dealer Record of Sale ("DROS") prior to selling or transferring a firearm. The DROS form requires identifying information about the firearm being sold or transferred as well as the purchaser's identifying information, signature, and right thumbprint. The FFL is required to enter the DROS information into the DROS Entry System (DES), which is a web-based system the FFL accesses via the Internet. DES then transmits the purchaser's information to the California Department of Justice for, among other things, a background check of the purchaser, a check on the firearm to ensure it is not stolen, and ultimately, approval or denial of the sale or transfer. If the sale is to a sworn peace officer, there is a field in DES for the FFL to enter an exemption code indicting the purchaser is a sworn peace officer. The FFL cannot deliver the firearm to the purchaser until the California Department of Justice approves the sale and DES indicates the transaction is approved.

COUNTS ONE AND TWO: [18 U.S.C. § 1341 – Mail Fraud]

The United States Attorney charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, as follows:

## I.  **SCHEME TO DEFRAUD**

1. Beginning no later than December 2014, and continuing through in or about April 2018,

in the State and Eastern District of California and elsewhere, defendant JOSEPH JOHN DEASER, IV, did knowingly devise, intend to devise, and participate in a material scheme and artifice to defraud purchasers of firearms, by means of materially false and fraudulent pretenses, representations, promises, and the concealment of material facts.

2. The purpose of the scheme was to obtain new non-roster handguns using the identities of sworn peace officers that DEASER would subsequently sell to individuals who were not sworn peace officers, and who were therefore, prohibited by California law, from purchasing new non-roster handguns directly from an FFL.

3. In total, DEASER used the names and identifying information of six law enforcement officers to obtain approximately 50 non-roster handguns that he subsequently sold to members of the public, including himself.

## II.  MANNER AND MEANS

4. In furtherance of the scheme to defraud, defendant JOSEPH JOHN DEASER, IV used the following manner and means:

   a. DEASER obtained law enforcement officers' personally identifying information, as well as copies of their peace officer identification cards and Driver Licenses, through actual firearm transactions conducted at DEASER's FFL involving the law enforcement officers. DEASER maintained the law enforcement officers' information and identifying documents at his FFL.

   b. DEASER would then use the law enforcement officers' information to conduct fictitious sales of non-roster guns that were purportedly to the law enforcement officers.

   c. DEASER generally carried out these sales by first using his FFL to purchase non-roster handguns from a distributor or supplier.

   d. The distributor or supplier would send the handguns DEASER purchased to DEASER's FFL via private and commercial interstate carriers such as such as Federal Express or UPS.

   e. After DEASER's FFL purchased or received the handguns, DEASER would falsely identify a peace officer as the purchaser of the handgun on the DROS Form, and in DES. DEASER would use the peace officer's information, including the officer's name, address, date of birth and driver's license number. DEASER would also list the peace officer exemption code. In truth and

fact, the peace officer did not purchase the handgun.

    f.  For each purported sale, DEASER also signed the peace officer's name in the box designated for the purchaser's signature, and would place his own thumb or finger print on the DROS form in the box designated for the purchaser's right thumb print.

    g.  After the California Department of Justice approved the sale of the non-roster handgun to the law enforcement officer, DEASER would keep the firearm for a period of time, and then sell the firearm via a purported private party transfer between the law enforcement officer and a member of the public who could not have purchased the new non-roster handgun directly from DEASER's FFL.

    h.  For each transaction, DEASER also completed and maintained a Form 4473 containing false information. In many instances, DEASER listed a peace officer as the buyer of the firearm(s) and signed the peace officer's name in the boxes designated for the buyer's signature. In truth and fact, the peace officer did not purchase the firearm(s) listed and did not sign the Form 4473. On at least one occasion, DEASER added firearms to a Form 4473 that had been used to record the actual sale of firearms to a peace officer, after the true transaction had been completed.

    i.  DEASER also entered the fictitious transactions and false information into his FFL's acquisition and disposition log.

    j.  In instances where the ultimate purchaser knew that they could not purchase a certain firearm directly from the FFL because it was a non-roster firearm, DEASER materially misrepresented to the purchaser, and specifically to Persons 7 and 8, that the purchasers were buying the firearm from a peace officer via a private party transfer. DEASER knew at the time that he made those representations that they were false, because he knew the peace officer had never purchased or possessed the firearm.

### III. MAILINGS

On or about the dates set forth below, in the State and Eastern District of California, and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, defendant JOSEPH JOHN DEASER, IV, did knowingly cause to be delivered by private and commercial interstate carrier according to the direction thereon, and at the place at which it is directed to be delivered by the person to whom it is addressed, the firearms specified below, each of

which were delivered to 2001 Opportunity Drive, Roseville, California:

| COUNT | APPROX. SHIPPING DATE | APPROX. DELIVERY DATE | FIREARM MAKE AND MODEL | SERIAL NUMBER | INTERSTATE CARRIER |
|---|---|---|---|---|---|
| 1 | October 18, 2016 | October 21, 2016 | Smith and Wesson M&P 9MM | HDK4897 | UPS |
| 2 | November 14, 2016 | November 16, 2016 | Kimber Micro 9 | PB0033191 | UPS |

All in violation of Title 18 of the United States Code, Section 1341.

COUNT THREE: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

The United States Attorney further charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, between approximately March and April, 2017, in the County of Placer, State and Eastern District of California, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, Person 3, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028(c), that is, Mail Fraud, in violation of Title 18, United States Code, Section 1341, relating to the purchase and sale of a Smith and Wesson M&P 9MM firearm with serial number HDK4897, all in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT FOUR: [18 U.S.C. § 922(m) and 924(a)(3)(B) – False Entry in Records by Federal Firearms Dealer]

The United States Attorney charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, on or about July 31, 2015, in the County of Placer, State and Eastern District of California, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made and caused to be made a false entry in, and otherwise failed to properly maintain, a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, and regulations enacted under that authority, in that defendant made and caused to be made an ATF Form 4473 that falsely identified Person 1 as the actual buyer of a Glock 43 pistol, serial number ZVS269, when defendant knew that Person 1 did not in fact purchase said firearm, all in violation of Title 18,

United States Code, Sections 922(m) and 924(a)(3)(B).

COUNT FIVE: [18 U.S.C. § 922(m) and 924(a)(3)(B) – False Entry in Records by Federal Firearms Dealer]

The United States Attorney charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, on or about November 16, 2016, in the County of Placer, State and Eastern District of California, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made and caused to be made a false entry in, and otherwise failed to properly maintain, a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, and regulations enacted under that authority, in that defendant made and caused to be made an ATF Form 4473 that falsely identified Person 2 as the actual buyer of a Kimber Micro 9 pistol, serial number PB0033191, when defendant knew that Person 2 did not in fact purchase said firearm, all in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

COUNT SIX: [18 U.S.C. § 922(m) and 924(a)(3)(B) – False Entry in Records by Federal Firearms Dealer]

The United States Attorney charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, between on or about March 15 and 26, 2017, in the County of Placer, State and Eastern District of California, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made and caused to be made a false entry in, and otherwise failed to properly maintain, a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, and regulations enacted under that authority, in that defendant made and caused to be made an ATF Form 4473 that falsely identified Person 3 as the actual buyer of a Sig Sauer P320 SC 9mm pistol, serial number 58B182614, and a Smith and Wesson, MP9 pistol, serial number HDK4897, when defendant knew that Person 3 did not in fact purchase either of the said firearms, all in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

COUNT SEVEN: [18 U.S.C. § 922(m) and 924(a)(3)(B) – False Entry in Records by Federal Firearms Dealer]

The United States Attorney charges: T H A T

INFORMATION                                    7

JOSEPH JOHN DEASER, IV,

defendant herein, on or about June 24, 2017, in the County of Placer, State and Eastern District of California, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made and caused to be made a false entry in, and otherwise failed to properly maintain, a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, and regulations enacted under that authority, in that defendant made and caused to be made an ATF Form 4473 that falsely identified Person 4 as the actual buyer of a Kimber Micro 9, serial number PB0069516, when defendant knew that Person 4 did not in fact purchase said firearm, all in violation of Title 18, United States Code Sections 922(m) and 924(a)(3)(B).

COUNT EIGHT: [18 U.S.C. §§ 922(m) and 924(a)(3)(B) – False Entry in Records by Federal Firearms Dealer]

The United States Attorney charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, on or about August 2, 2017, in the County of Placer, State and Eastern District of California, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made and caused to be made a false entry in, and otherwise failed to properly maintain, a record the defendant was required to keep pursuant to Section 923 of Title 18, United States Code, and regulations enacted under that authority, in that defendant made and caused to be made an ATF Form 4473 that falsely identified Person 5 as the actual buyer of a Kimber Super Jagare, serial number K585971, when defendant knew that Person 5 did not in fact purchase said firearm, all in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

COUNT NINE: [18 U.S.C. §§ 922(m) and 924(a)(3)(B) – False Statement with Respect to Firearm Records]

The United States Attorney charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, on or about November 4, 2017, in the County of Placer, State and Eastern District of California, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly made and caused to be made a false entry in, and otherwise failed to properly maintain, a

record the defendant was required to keep pursuant to section 923 of Title 18, United States Code, and regulations enacted under that authority, in that defendant made and caused to be made an ATF Form 4473 that falsely identified Person 6 was the actual buyer of a Smith and Wesson MP9 Compact, serial number NBC9829, when defendant knew that Person 6 did not in fact purchase said firearm, all in violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

COUNT TEN: [18 U.S.C. § 922(b)(2) and 924(a)(1)(D) – Illegal Sale by Federally Licensed Dealer in Violation of State Law]

The United States Attorney charges: T H A T

JOSEPH JOHN DEASER, IV,

defendant herein, on or about August 18, 2015, in the Eastern District of California, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, willfully did sell and deliver a firearm, that is, a Colt Delta Elite, with serial number DS32651, to Person 9, in the State of California, where the purchase and possession of such firearm by Person 9 would be in violation of State law, to wit California Penal Code § 32000, then applicable at the place of sale, all in violation of Title 18, United States Code, Sections 922(b)(2) and 924(a)(1)(D).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Information, defendant JOSEPH JOHN DEASER, IV shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including but not limited to the following:

   a. A sum of money equal to the amount of proceeds traceable to such offenses, for which defendant is convicted.

2. Upon conviction of one or more of the offenses alleged in Counts Four through Ten of this Information, defendant JOSEPH JOHN DEASER, IV shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code Section 2461(c), any firearms and ammunition involved in or used in the knowing and willful commission of the offense.

3. If any property subject to forfeiture, as a result of the offense alleged in this Information,

for which defendant is convicted:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

Dated: May 14, 2019

McGREGOR W. SCOTT
United States Attorney

By: *Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney

United States v. JOSEPH JOHN DEASER, IV
**Penalties for Information**

**COUNTS 1-2:** JOSEPH JOHN DEASER, IV

VIOLATION: 18 U.S.C. § 1341 – Mail Fraud

PENALTIES: A maximum of up to 20 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
A 3-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 3:** JOSEPH JOHN DEASER, IV

VIOLATION: 18 U.S.C. § 1028A – Aggravated Identity Theft

PENALTIES: A mandatory two years in prison, consecutive with any other sentence
A 1-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 4-9:** JOSEPH JOHN DEASER, IV

VIOLATION: 18 U.S.C. §§ 922(m) and 924(a)(3)(B)

PENALTIES: A maximum of up to one year in prison;
Fine of up to $100,000; or both fine and imprisonment
A 1-year term of Supervised Release

SPECIAL ASSESSMENT: $25 (mandatory on each count)

**COUNT 10:** JOSEPH JOHN DEASER, IV

VIOLATION: 18 U.S.C. §§ 922(b)(2) and 924(a)(1)(D)

PENALTIES: A maximum of 5 years in prison; or
Fine up to $250,000; or both fine and imprisonment
A 3-year term of Supervised Release

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 18 U.S.C. § 924(d)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c)

PENALTIES: As stated in the charging document