JOSEPH A. WELCH, ESQ. – SBN 119312
**LAW OFFICES OF JOSEPH A. WELCH**
828 University Avenue
Sacramento, California 95825
Telephone: (916) 444-5501
Facsimile: (916) 920-5505
E-Mail: joewelchlaw@yahoo.com

Attorneys for Defendant JOSEPH JOHN DEASER, IV

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:19-CR-0082-TLN |
| ) | |
| Plaintiff, ) | **UNOPPOSED MOTION TO MODIFY** |
| ) | **COURT ORDER; DECLARATION OF** |
| vs. ) | **JOSEPH A. WELCH; ORDER** |
| ) | |
| JOSEPH JOHN DEASER, IV, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On May 30, 2019, the court ordered that Joseph Deaser be released on the condition that the outstanding non-extraditable warrant in the state of Arkansas be cleared within 30 days. Mr. Deaser's defense counsel, Joseph A. Welch, is in the process of clearing the warrant and needs a 30-day extension to accomplish the task. Mr. Welch contacted Assistant United States Attorney Shelley Wager on June 27, 2019 and she agreed not to oppose a request for a 30-day extension. This request is relatively urgent considering that pretrial services has advised Mr. Deaser that if a 30-day extension is not granted by the court before June 30, 2019, he will be taken into custody on June 30, 2019.

It is respectfully requested that the court grant a 30-day extension of time to allow Mr. Deaser to clear the out-of-state warrant.

DATED: June 27, 2019            ___/s/ Joseph A. Welch_____
                                Joseph A. Welch
                                Attorney for Defendant

# DECLARATION OF JOSEPH A. WELCH

I, JOSEPH A. WELCH, declare as follows:

1.      I am an attorney licensed to practice in all of the courts in the State of California and I represent Defendant Joseph Deaser. I am personally familiar with the facts as set forth herein and if called upon as a witness to testify, I would and could confidently testify thereto.

2.      On June 27, 2019, I was informed that because the outstanding non-extraditable warrant from the State of Arkansas had not been cleared within the 30-day time period granted by the court, Mr. Deaser would be taken into custody on June 30, 2019.

3.      On June 27, 2019, my office contacted the Carroll County Sheriff's Office in Berryville, Arkansas. My office was informed that the warrant was related to a felony violation of the Arkansas Hot Check Law. We were advised to contact the Carroll County District Attorney's Office.

4.      On June 27, 2019, I personally contacted Glenda at the Carroll County District Attorney's Office and she advised that if Mr. Deaser pays the outstanding amount owed and any related fees and costs that the warrant will probably be dropped. However, Glenda advised that the Hot Check Coordinator, Tamara Johnson, was on vacation and would not return until July 8, 2019. Glenda advised that she could not provide me with the exact amount owed to clear the warrant until Ms. Johnson returned from vacation.

5.      I respectfully request a 30-day extension to allow me to clear the warrant to avoid Mr. Deaser going into custody.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.  This declaration was executed on June 27, 2019.

___/s/ Joseph A. Welch_____
Joseph A. Welch
Attorney for Defendant

# ORDER

The Court having read and considered Defendant's Unopposed Motion to Modify Court Order, which this Court incorporates by reference into this Order in full, hereby finds that GOOD CAUSE exists to enter the above Order wherein Defendant has been granted an additional 30 days to clear any outstanding warrants and will be completed on or before July 30, 2019.

IT IS SO ORDERED this 27th day of June 2019.


_____
Troy L. Nunley
United States District Judge