| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SHELLEY D. WEGER<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH JOHN DEASER, IV,<br><br>Defendant. | CASE NO. 2:19-CR-00082 TLN<br><br>STIPULATION TO CONTINUE SENTENCING AND SET PSR SCHEDULE; ORDER<br><br>DATE: October 17, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Plaintiff United States of America, by and through its counsel of record, and defendant Joseph John Deaser, IV, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on October 17, 2019.

2. By this stipulation, defendant now moves to continue the Judgement and Sentencing until January 30, 2020, at 9:30 a.m., and to set the following PSR schedule:

    a. <u>November 1, 2019</u>: Defendant shall have completed his interview with Probation and provided the completed PSR referral packet to Probation.

    b. <u>November 21, 2019</u>: Draft Presentence Report

    c. <u>December 12, 2019</u>: Informal Objections to the Presentence Report to be filed with the Probation Officer and opposing party

    d. <u>December 19, 2019</u>: Final Presentence Report

    e. <u>January 16, 2020</u>: Motion to Correct the Presentence Report

    f. <u>January 23, 2020</u>:  Reply or Statement of Non-Opposition and Sentencing Memoranda

    g. <u>January 30, 2020</u>:  Sentencing

 3. The defendant has represented to the United States that he is requesting this continuance because since his last request for a continuance he has been unable to travel from his home in Arizona to Sacramento, California, to interview with Probation due to ongoing health issues.

 4. The government does not object to the proposed PSR and sentencing schedule.

IT IS SO STIPULATED.

Dated:  October 11, 2019       McGREGOR W. SCOTT
               United States Attorney

             By: /s/ Shelley D. Weger
               Shelley D. Weger
               Assistant United States Attorney

Dated:  October 11, 2019       By: /s/ Joseph Welch
               JOSEPH WELCH
               Counsel for Defendant
               Joseph John Deaser, IV

## [PROPOSED] ORDER

IT IS SO ORDERED this 11 day of October, 2019.

             Troy L. Nunley
             United States District Judge