PHILLIP A. TALBERT
United States Attorney
SHELLEY D. Weger
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>JOSEPH DEASER,<br><br>              Defendant. | CASE NO.  2:19-CR-00082-TLN<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |

On April 11, 2023, the Government requested an extension of time to April 27, 2023, to file its response to the defendant's compassionate release motion.  Docket No. 57.

IT IS HEREBY ORDERED that the Government's request for an extension is granted.  The Government's response is now due April 27, 2023.

Dated: April 11, 2023

Troy L. Nunley
United States District Judge

1